ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 5, 2012

JAMES N. HATTEN, Clerk
By: L. Wade
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION |
| STEVEN L. MAYBERRY, JR. | : | NO. 1:12-MJ-873 |

### GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, Sally Quillian Yates, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1. <u>Eligibility of Case.</u>

   This case is eligible for a detention order because this case involves (check all that apply):

   _____   Crime of violence (18 U.S.C. § 3156)

   _____   Maximum sentence of life imprisonment or death

   __X__   10 + year drug offense

   _____   Felony, with two prior convictions in the above categories

   __X__   Serious risk the defendant will flee

   _____   Serious risk of obstruction of justice

2. <u>Reason for Detention.</u>

The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

<u>  X  </u>        Defendant's appearance as required

<u>  X  </u>        Safety of any other person and the community


3. <u>Rebuttable Presumption.</u>

The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because there is probable cause to believe defendant committed 10 + year drug offense.


4. <u>Time for Detention Hearing.</u>

The United States requests the Court conduct the detention hearing:

<u>     </u>        At the initial appearance.

<u>  X  </u>        After continuance of <u> 2  </u> days (not more than 3).

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated: this 5th day of July, 2012.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

MARY C. ROEMER
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 581-6265
Ga. Bar No. 611790

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Defense Counsel

This 5th day of July, 2012.

MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY